UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

---

RASHAD HASAN,

                    Plaintiff,

v.

VERLINA GRIFFIN, KEVIN T. DOBIE, THOMAS CIALINO, and CRAIG M. BARBEE,

                    Defendants.

Case No. 18-cv-486 (JRT/SER)

**ORDER**

---

Rashad Hasan, 701 Givens Lane, Minneapolis, MN 55411-3341, *pro se* plaintiff.

United States Magistrate Judge Steven E. Rau filed the Report and Recommendation on March 15, 2018 [Docket No. 3]. No objections have been filed to that Report and Recommendation in the time period permitted.

Based on the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge dated March 15, 2018 [Docket No. 3]. Accordingly, **IT IS HEREBY ORDERED:**

1. The petition to perpetuate testimony of plaintiff Rashad Hasan [Docket No. 1] is **DENIED**.

2. Hasan's application to proceed in forma pauperis [Docket No. 2] is **DENIED**.

2

Dated: April 16, 2018
at Minneapolis, Minnesota.

                                                  s/John R. Tunheim
                                                  JOHN R. TUNHEIM
                                                  Chief Judge
                                                  United States District Court